**14-Day Budget - November 15, 2016 through November 29, 2016**
**Estimated as of November 14, 2016**

| | |
|---|---:|
| Expected cash receipts from sales | **$15,000.00** |
| Cash on hand | **$8,200.00** |
| Total anticipated cash during budget period | **$23,200.00** |

**Fixed Costs and Payments**

| | |
|---|---:|
| Mortgage on NY condominium | $2,358.23 |
| Mortgage on NJ condominium | $807.77 |
| Sales payroll | $7,500.00 |
| Admin payroll | $1,932.20 |
| Office telephones | $186.00 |
| Cellular telephones | $123.00 |
| Poland Spring | $30.00 |
| Maintenance fee for NY condominium | $950.00 |
| Property Tax for NY condominium | $1,250.00 |
| Maintenance fee for NJ condominium | $250.00 |
| Property Tax for NJ condominium | $450.00 |
| Alarm System | $237.50 |
| Jewelers Block Insurance | $625.00 |
| Fedex | $25.00 |
| AIB Shipping | $350.00 |
| Malca Amit Shipping | $175.00 |
| Travel | $250.00 |
| Car Payment | $176.00 |
| NYSIF | $225.00 |
| IRS Payroll Tax | $1,400.00 |
| Office supplies | $400.00 |
| JCK Las Vegas trade show | $1,275.00 |
| **Overhead Cost Total** | **$20,975.70** |
| **Net Operations** | **$2,224.30** |