# EXHIBIT "A"

UNV, LLC
62 West 47th Street
Suite # 309A
New York, NY 10036

WHITE COLOR GEMS
550  S. Hill St.,
Suite #925
Los Angeles, CA 90013-2689

YORAM DVASH DIA LTD
15 West 47th Street
Suite #203
New York, NY 10036