UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                              :        Chapter 11
                                                    :
SIRGOLD, INC.,                                      :        Case No. 16-12963-scc
                                                    :
                    Debtor.                         :
---------------------------------------------------------------X

# ORDER SCHEDULING INTERIM AND FINAL
# HEARING ON DEBTOR'S MOTION SEEKING ENTRY OF ORDER
# AUTHORIZING USE OF CASH COLLATERAL

Upon the emergency motion (the "Motion") filed by Sirgold, Inc., the above-captioned debtor and debtor-in-possession (the "Debtor" or "Sirgold"), by its proposed attorneys, Goetz Fitzpatrick LLP, seeking entry of an order authorizing emergency use of cash collateral; and the Court having found and determined that the relief sought in the Motion is necessary to avoid immediate and irreparable harm to the Debtor and its estate, as contemplated by Rule 6003 of the Federal Rules of Bankruptcy Procedure, and that such relief is in the best interests of the Debtor, its estate, its creditors, and all parties-in-interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED** that an interim hearing on the Motion, on shortened notice, will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004-1408 on **November 29, 2016 at 10:00 a.m.** (the "Interim Hearing"), to consider approval of the Motion on shortened notice and the entry of an Order granting the relief requested; and it is further

**ORDERED** that upon the record of the hearing held before this Court on November 22,

2016, it appears an emergency need exists for the Debtor to use cash collateral pending the Interim Hearing, the Debtor is hereby authorized and empowered to utilize cash collateral in an amount not to exceed $21,000.00 covering the emergency period running from the filing date until the Interim Hearing, and to pay only those necessary expenses of the kind and amount set forth in the budget annexed to the Debtor's emergency motion for the use of cash collateral for the time period of November 15, 2016 through November 29, 2016; and it is further

**ORDERED** that on or before **November 25, 2016**, the Debtor shall serve copies of this Order and the Motion (including all exhibits) by overnight delivery, electronic mail or facsimile to: (a) the Office of the United States Trustee; (b) the Debtor's secured lender, (c) the Debtor's 20 largest unsecured creditors; and (d) any party having filed a notice of appearance in this case including counsel for the petitioning creditors; and it is further

**ORDERED** that objections or responses to the Motion, if any, may be made at the Hearing on **November 29, 2016**; and it is further

**ORDERED** that proof of service in accordance with this Order shall be filed with the Clerk of the Court prior to the Interim Hearing; and it is further

**ORDERED** that the Interim Hearing may be adjourned from time to time, without further notice other than by an announcement of the adjournment in open Court or on the Court's calendar on the date of the Hearing or any adjourned date thereof; and it is further

**ORDERED** that a final hearing on the Motion (the "Final Hearing") will take place on a date to be determined by the Court at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004-1408.

**Date:** November 23, 2016
New York, New York            /S/ Shelley C. Chapman
                              Honorable Shelley C. Chapman
                              United States Bankruptcy Judge