**Fill in this information to identify the case:**

Debtor name: Sirgold, Inc.

United States Bankruptcy Court for the: Southern District of New York

Case number (If known): 16-12963-scc

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue (Check all that apply) | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2016 (MM / DD / YYYY) | to Filing date | ☒ Operating a business<br>☐ Other ______ | $3,898,651.00 |
| **For prior year:** | From 01/01/2015 (MM / DD / YYYY) | to 12/31/2015 (MM / DD / YYYY) | ☒ Operating a business<br>☐ Other ______ | $5,947,855.00 |
| **For the year before that:** | From 01/01/2014 (MM / DD / YYYY) | to 12/31/2014 (MM / DD / YYYY) | ☒ Operating a business<br>☐ Other ______ | $4,821,721.00 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From ______ (MM / DD / YYYY) | to Filing date | ______ | $______ |
| **For prior year:** | From ______ (MM / DD / YYYY) | to ______ (MM / DD / YYYY) | ______ | $______ |
| **For the year before that:** | From ______ (MM / DD / YYYY) | to ______ (MM / DD / YYYY) | ______ | $______ |

Debtor Sirgold, Inc. Case number (*if known*) 16-12963-scc

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | to be provided by seperate schedule (Creditor's name) <br> Street <br> City State ZIP Code | | $0.00 | ❑ Secured debt <br> ❑ Unsecured loan repayments <br> ❑ Suppliers or vendors <br> ❑ Services <br> ❑ Other |
| 3.2. | Creditor's name <br> Street <br> City State ZIP Code | | $ | ❑ Secured debt <br> ❑ Unsecured loan repayments <br> ❑ Suppliers or vendors <br> ❑ Services <br> ❑ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | to be provided by separate schedule (Insider's name) <br> Street <br> City State ZIP Code <br> **Relationship to debtor** | | $ 0.00 | |
| 4.2. | Insider's name <br> Street <br> City State ZIP Code <br> **Relationship to debtor** | | $ | |

Debtor Sirgold, Inc. Case number (if known) 16-12963-scc

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Creditor's name<br>Street<br>City State ZIP Code | | | $ |
| 5.1. | Creditor's name<br>Street<br>City State ZIP Code | | | $ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name<br>Street<br>City State ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | $ |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | <br>**Case number** | | Name<br>Street<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Case title**<br><br>**Case number** | | **Court or agency's name and address**<br>Name<br>Street<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor Sirgold, Inc.
Name

Case number (*if known*) 16-12963-scc

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | $ |
| Street | **Case title** | **Court name and address** |
| | | Name |
| City State ZIP Code | **Case number** | Street |
| | **Date of order or assignment** | City State ZIP Code |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name<br>Street<br>City State ZIP Code<br>**Recipient's relationship to debtor** | | | $ |
| 9.2. | Recipient's name<br>Street<br>City State ZIP Code<br>**Recipient's relationship to debtor** | | | $ |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property).* | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $ |

Debtor Sirgold, Inc. Case number (if known) 16-12963-scc

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | GOETZ FITZPATRICK LLP<br>**Address**<br>ONE PENN PLAZA<br>SUITE 3100<br>NEW YORK, NY 10119<br>**Email or website address**<br>GKUSHNER@GOETZFITZ.COM<br>**Who made the payment, if not debtor?** | | 11/14/2016 | $ 15,000.00 |
| 11.2. | GOETZ FITZPATRICK LLP<br>**Address**<br>ONE PENN PLAZA<br>SUITE 3100<br>NEW YORK, NY 10119<br>**Email or website address**<br>GKUSHNER@GOETZFITZ.COM<br>**Who made the payment, if not debtor?**<br>Jyostnaben A. Patel | | 11/14/2016 | $ 10,000.00 |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

Debtor Sirgold, Inc. Case number (if known) 16-12963-scc
Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City State ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **Who received transfer?** | | | $ |
| 13.2. | | | | |
| | **Address** | | | |
| | Street | | | |
| | City State ZIP Code | | | |
| | **Relationship to debtor** | | | |

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | Street<br>City State ZIP Code | From To |
| 14.2. | Street<br>City State ZIP Code | From To |

Debtor Sirgold, Inc. Case number (*if known*) 16-12963-scc
Name

## Part 8: Healthcare Bankruptcies

**15. Healthcare bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Facility name<br>Street<br>City State ZIP Code | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| 15.2. | Facility name<br>Street<br>City State ZIP Code | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained. ____

Does the debtor have a privacy policy about that information?

☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.
☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No
☐ Yes

Debtor Sirgold, Inc. Case number (if known) 16-12963-scc

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | JP Morgan Chase Bank NA<br>P.O.Box 659754<br>San Antonio TX 78265 | XXXX–2 7 1 2 | ☒ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | April 2016 | $ 0.00 |
| 18.2. | Name<br>Street<br>City State ZIP Code | XXXX– | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | | $ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Address | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Address | | ☐ No<br>☐ Yes |

Debtor Sirgold, Inc. Case number (*if known*) 16-12963-scc

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | | | $ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **Case number** | Name<br>Street<br>City State ZIP Code | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Name<br>Street<br>City State ZIP Code | | |

Debtor Sirgold, Inc. Case number (if known) 16-12963-scc

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- [x] No
- [ ] Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Name<br>Street<br>City State ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

- [x] None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name<br>Street<br>City State ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From ____ To ____ |
| 25.2. | Name<br>Street<br>City State ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From ____ To ____ |
| 25.3. | Name<br>Street<br>City State ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From ____ To ____ |

Debtor Sirgold, Inc. Case number (*if known*) 16-12963-scc

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | Rashmin Master<br>88-23 Justice Ave.<br>Elmhurst NY 11373 | From 11/16/1992 To 12/01/2016 |
| 26a.2. | Name:<br>Street:<br>City: State: ZIP Code: | From ____ To ____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | Name:<br>Street:<br>City: State: ZIP Code: | From ____ To ____ |
| 26b.2. | Name:<br>Street:<br>City: State: ZIP Code: | From ____ To ____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Name:<br>Street:<br>City: State: ZIP Code: | |

Debtor Sirgold, Inc. Case number (*if known*) 16-12963-scc
Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Name<br>Street<br>City State ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| | Name and address |
|---|---|
| 26d.2. | Name<br>Street<br>City State ZIP Code |

| | Name and address |
|---|---|
| 26d.2. | Name<br>Street<br>City State ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☒ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Avnissh Patel | 10/31/2016 | $ 135,048.00<br>fair market value |

| | Name and address of the person who has possession of inventory records |
|---|---|
| 27.1. | Name<br>Street<br>City State ZIP Code |

Debtor Sirgold, Inc. Case number (if known) 16-12963-scc

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

Name and address of the person who has possession of inventory records

27.2.
Name
Street
City State ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| AVNISSH A. PATEL | 8 BRENTWOOD CT, WARREN, NJ 07059 | PRESIDENT - OWNER | 50 |
| SONALI PATEL | 8 BRENTWOOD CT, WARREN, NJ 07059 | See Attachment 1 | 50 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From To |
| | | | From To |
| | | | From To |
| | | | From To |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1.
Name
Street
City State ZIP Code

Relationship to debtor

Debtor Sirgold, Inc. Case number (if known) 16-12963-scc
Name

**Name and address of recipient**

Name

Street

City State ZIP Code

**Relationship to debtor**

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/01/2016
MM / DD / YYYY

✘ s/Avnissh Patel
Signature of individual signing on behalf of the debtor

Printed name Avnissh Patel

Position or relationship to debtor President and Owner

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☒ No
☐ Yes

# Attachment
## Debtor: Sirgold, Inc.        Case No: 16-12963-scc

Attachment 1

VICE-PRESIDENT - OWNER

A.D.A Gems Corp
IGT Tower, 50 West 47th Street, Suite #1
New York, NY 10036


AMI IMPEX INC,
62 West  47th Street
Suite #1602
New York, NY 10036


Ashokkumar Patel
92 Holly Road
Iselin, NJ 08830


ATIT DIAMOND CORPORATION
22 West  48th Street
#300
New York, NY 10036


Avnissh and Sonali Patel
8 Brentwood Court
Warren, NJ 07059


Avnissh Patel
8 Brentwood Court
Warren, NJ 07059


B.H.C. DIAMONDS (USA) INC.
529 Fifth Avenue
Suite #1701
New York, NY 10017


BAGUETTE DIAM INC.
15 West 47 Street,
Suite # 1002
New York, NY 10036


COMPETENT EXPORTS
CC, 7062, BHARAT DIAMOND BOURSE
BANDRA KURLA COMPLEX
BANDRA EAST MUMBAI, INDIA 400051

CRAFT DIAMONDS (HK) LTD
Unit 15C, 10th Floor
Hunghon Commercial Center, B, 37 Ma Tau
Hinghom Kowloon, Hong Kong


D.K. DIAM LLC.,
62 West 47th Street
Suite # 1606
New York, NY 10036


DIACURVE USA LLC
62 West 47th Street,
New York, NY 10036


Diamond and Jewelry Condo
62  West  47th Street
New York, NY 10036


DIAMONDS BY SEJAL
62 West 47 Street
Suite #1602
New York, NY 10036


DIASQUA INC,
62 West 47th Street
Suite#902
New York, NY 10036


Edison Tax Collector
100 Municipal Blvd
Edison, NJ 08871


FACET 59 INC.
18 East 48th Street
Suite# 1201
New York, NY 10017


GEM-IMPEX
580 5th Avenue
Suite # 1619
New York, NY 10036

GLORY GEMS INC,
20 West 47th Street
Suite #902
New York, NY 10036


H N Plaza Condo Assoc Inc.
22 Meridian Road, Unit 6
Edison, NJ 08820


INDIAN GEMS INC.,
22 West 48th Street
Suite #221
New York, NY 10036


Internal Revenue Service
2 Metrotech Center
Brooklyn, NY 11201


J.K.TRADING ASSOC, INC,
62  West 47th Street
Suite # 211
New York, NY 10036


JKS DIAMOND INC.
15 West 47th Street
Suite #1200
New York, NY 10036


LAXMI DIAMOND
1505-B Pancharatna Opera House
Mumbai, INDIA 400004


Moshe Levy
54 Bezalel Street
Diamond Exchange Bldg, Suite #9-80
Ramat-Gan, Israel 5252138


New Jersey Division of Taxation
124 Halsey Street, 2nd Floor
Newark, NJ 07102

New York City Department of Finance
P.O Box 680
Newark, NJ 07101


New York Lapidary Services, Inc.
62 West 47th Street, Suite 309
New York, NY 10036


NICE DIAMONDS, A SUBSIDIARY OF FOREVER C
36 West 47th Street
Suite #705
New York, NY 10036


NYS Department of Taxation and Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300


OnDeck Capital, Inc.
901 North Stuart Street, Suite #700
Arlington, VA 22203


OVADIA DIAMONDS USA, INC,
589 5th Avenue
Suite #905
New York, NY 10017


PADMAVATI  DIAMONDS USA INC, DBA VAMA DI
22 West 48th Street
Suite# 1007
New York, NY 10036


PRESTO TRADE IRD,
Unit -F, 13th Floor, Winner Building
36 Man Yue Street
Hunghom Kowloon, Hongkong


RATNA STAT,
FW-6031,  BHARAT DIAMOND BOURSE
B.K.C. G-BLOCK, BANDRA EAST
Mumbai, INDIA 400051

RONEK GEMS INC,
18  East 48th Street
Suite #1603
New York, NY 10017


RUSHMA gems
18, Chowpatty Chambers
4th Floor, Morvi Lane
MUMBAI, INDIA 400007


S .A. DIAMONDS INC
22 West 48th Street
Suite #400
New York, NY 10036


S. VINODKUMAR USA INC,
414  Madison Ave., 21st Floor
New York, NY 10017


S.SHAH INC,
2 West 46th Street
Suite #1104
New York, NY 10036


SAMBHAV INC
300 Winston Dr., Apt-819,
Cliffside, NJ 07010


SAMKIT DIAMOND EXPORT PVT LTD,
111 Prasad Chambers
Opera House
Mumbai, INDIA 400004


SAUMIL DIAM LLC
15 West  47th Street
Siuite #1707
New  York, NY 10036


SCINTILATING JEWELLERLY
8 PAREKH HOUSE, 20. 2ND BHATWADI
JSS Road
MUMBAI, INDIA 400004

SEJAL DIAMONDS NY INC,
71 West 47th Street
Suite # 1300
New York, NY 10036


SEJAL EXPORTS (INDIA)
DC-7221, Bharat Diamond Bourse
G-Block, Bandra Kurla Complex, Bandraeas
Mumbai, INDIA 400051


SHAH GEMS INC
71 West 47th Street,
12th Floor
New York, NY 10036


SHEENA GEMS INC
62 West 47trh Street
Suite #1602
New York, NY 10036


SHRADDHA GEMS, ARADHNA CO-OP. HSG.SOCIET
10, 5th Floor
273 Raja Ram Mohan Roay Rd.
Mumbai, INDIA 400004


SHREE CREATIONS INC
15 West 47th Street
Suite # 1202
New York, NY 10036


SMILE DIAMONDS INC
38 West 48th STreet
Suite #1001
New York, NY 10036


STAR ASIA INC
580 Fifth Avenue
Suite # 3101
New York, NY 10036


Unity Bank
64 Old Highway 22
Clinton, NJ 08809

Unity Bank
64 Old Highway 22
Clinton, NJ 08809


UNV, LLC
62 West 47th Street
Suite # 309A
New York, NY 10036


WHITE COLOR GEMS
550  S. Hill St.,
Suite #925
Los Angeles, CA 90013-2689


YORAM DVASH DIA LTD
15 West 47th Street
Suite #203
New York, NY 10036