UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                            :      Case No.: 16-12963 (SCC)

SIRGOLD, INC.,                      :

                                            :      (Chapter 11)

                    Debtor.    :
-------------------------------------------------------X

## APPOINTMENT OF COMMITTEE OF
## UNSECURED CREDITORS

      Pursuant to Section 1102(a) and 1102(b) of the Bankruptcy Code, the following creditors of the above-captioned debtor being among the largest unsecured claimants who are willing to serve are appointed to the committee of unsecured creditors:

1.     Sambhav Inc
       300 Winston Dr., Apt 819
       Cliffside Park, NJ 07010
       Attn: Samir Parikh
       (646) 427-5418

2.     Saumil Diam, LLC
       15 West 47th Street, #1707
       New York, NY 10036
       Attn: Mitesh Kothari
       (212) 575-3655

3.     SA Diamonds, Inc.
       22 West 48th Street, #400
       New York, NY 10036
       Attn: Sunil Doshi
       (212) 354-4230

4      JKS Diamonds, Inc.
       15 West 47th St., #1200
       New York, NY 10036
       Attn:  Jinesh Shah
       (212) 221-3223

5    Diasqua Inc.
62 West 47th Street, Suite 902
New York, NY 10036
Attn:  Parin Shah
(212) 768-2777

Dated: New York, New York
       December 8, 2016

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2

By: */s/ Paul Schwartzberg*
Paul Schwartzberg
Trial Attorney
201 Varick Street, Suite 1006
New York, New York 10014
Tel. No. (212) 510-0500
Fax. No. (212) 668-225