**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X    Chapter 7
                                                        Case No. / 16-12963-scc

IN RE:

                                                       **NOTICE OF APPEARANCE**

SIRGOLD

                Debtor
---------------------------------------------------------------X

     PLEASE TAKE NOTICE, that JK TRADING ASSOC. INC. hereby appears in the above entitled action and that the undersigned firm of Drobenko & Associates, P.C. has been retained by the JK TRADING ASSOC. INC, and hereby demands that and all papers in this action be served upon the undersigned at the address set forth below.

Dated: DECEMBER 26, 2016

                                                       Your, etc.

                                                       Drobenko & Associates, P.C.

                                                     /s/ Walter Drobenko
                                                   Walter Drobenko, Esq.
                                                   Attorney for Creditor
                                                   JK TRADING ACCOC. INC.
                                                   25-84 Steinway Street
                                                   Astoria, N.Y. 111103
                                                   Tel. (718) 721-2000
                                                   Fax. (718) 721-8812